**Mia L. MORGAN–WHITE,
Plaintiff–Appellant,**

v.

**Sylvia WOODS, Attorney; Kenneth
Mark Burr, Judge, Alameda County;
County of Alameda, Defendants–Appellees.**

**No. 99–17500.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN, and
KLEINFELD, Circuit Judges.

MEMORANDUM[2]

Mia L. Morgan–White appeals pro se
the district court's dismissal of her claims
brought under 42 U.S.C. § 1983 stemming
from a child custody dispute.[3] We have
jurisdiction pursuant to 28 U.S.C. § 1291,
and we affirm.

We review de novo and may affirm on
any ground supported by the record. *See
Steckman v. Hart Brewing, Inc.,* 143 F.3d
1293, 1295 (9th Cir.1998). The district
court properly dismissed the case because,
at the time the federal action was filed,
state judicial proceedings were ongoing,
implicated important state interests, and
provided Morgan–White an adequate opportunity to raise federal questions. *See
H.C. v. Koppel,* 203 F.3d 610, 613 (9th
Cir.2000).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument and denies Morgan–White's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

3. To the extent Morgan–White attempted to bring claims on behalf of her minor daughter, we construe the dismissal of these claims to be without prejudice. *See Johns v. County of San Diego,* 114 F.3d 874, 877 (9th Cir.1997) ("[A] parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer.").

